# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__Carole Ventura,__
        **Plaintiff**

    **V.**

__David Hanitchak, et al.,__
        **Defendant**

**CIVIL ACTION**

**NO. 07-10500**

## JUDGMENT

__Gorton,   D. J.__

In accordance with the Court's Memorandum and Order dated __June 18, 2010__ granting __defendants__ motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the __Defendants.__

                                                   By the Court,

__6/18/2010__                                                   __/s/Craig J. Nicewicz__
  Date                                                         Deputy Clerk

(Judgment for SJ.wpd - 12/98)